# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 30, 2023

## NO.  03-21-00575-CV

**The University of Texas Southwestern Center, Appellant**

**v.**

**Cindy Matias, Individually and as Representative of The Estate of Sindy Ivery, Deceased Minor, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on November 1, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order.  Therefore, the Court affirms the trial court's interlocutory order.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.